UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO ARANZUBIA,<br><br>            Petitioner,<br><br>      v.<br><br>STEVEN MERLAK,<br><br>            Respondent. | No.  1:19-cv-01569-NONE-JLT (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. No. 13)<br><br>ORDER GRANTING RESPONDENT'S MOTION TO DISMISS (Doc. No. 12)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

   Petitioner is a federal prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The petition claims eligibility for relief under the First Step Act of 2018 ("FSA"), Pub. L. No. 115-391, 132 Stat. 5194 (2018).  (Doc. No 1.)  On June 3, 2020, the assigned magistrate judge issued findings and recommendations recommending that respondent's motion to dismiss the petition as moot be granted in light of the fact that petitioner had conceded in a separate matter that he had obtained the requested relief under the FSA.  (Doc. No. 13.)  The findings and recommendations were served upon all parties and contained notice that any objections were to be filed within twenty-one days from the date of service of that order.  To date, no party has filed objections.  The court notes that the findings and

recommendations served on petitioner were returned to the court by the U.S. Postal Service as "Undeliverable, Unable to forward" on June 9, 2020, thereby supporting the conclusion that petitioner has been released from custody.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

The court notes that in the event a notice of appeal was nonetheless filed in this action, a certificate of appealability is not required because this is not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a State court. *See Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997).

Accordingly, the Court orders as follows:

1. The findings and recommendations, filed June 3, 2020 (Doc. No. 13), are ADOPTED IN FULL;
2. Respondent's motion to dismiss (Doc. No. 12) is GRANTED;
3. The petition for writ of habeas corpus is DISMISSED; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: **July 16, 2020**

UNITED STATES DISTRICT JUDGE